EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

GABRIEL COLWELL
Special Assistant U.S. Attorney
PJKK Federal Bldg, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 656-1374
Facsimile: (808) 656-1370
Email: gabriel.colwell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 08 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 03-00134 |
| Plaintiff, | |
| vs. | NOTICE OF COMPLIANCE WITH SENTENCE |
| FLOYD JARAMILLO, JR. | Compliance Date: 22 May 03 |
| Defendant. | Citation No.: A1054380/H-11 |

NOTICE OF COMPLIANCE WITH SENTENCE

COMES NOW THE PLAINTIFF, the United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney, and GABRIEL COLWELL, Special Assistant United States

Attorney, and hereby notifies the Court that defendant, FLOYD JARAMILLO, JR., has complied with the sentence requirements imposed on May 13, 2003.

DATED: <u>August 2, 2006</u>, Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
GABRIEL COLWELL
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

<u>U.S. v. FLOYD JARAMILLO, JR.</u>
CR. NO. 03-00134
Citation No.: A1054380/H-11
"NOTICE OF COMPLIANCE"

2